# Third District Court of Appeal

## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2232
Lower Tribunal No. F89-37297
_____

**Christopher Cole,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Christopher Cole, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Cole v. State</u>, 786 So. 2d 1203, 1203 (Fla. 3d DCA 2001) ("In view of the response of the Florida Parole Commission stating that Defendant is parole eligible, and defendant's supplemental reply, we find that the court correctly determined that the terms of defendant's plea agreement were satisfied.")